# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES of AMERICA** ) | DOCKET NO. 3:16-CR-221-MOC |
| ) | |
| v. ) | |
| ) | |
| **(1) ROBERT LESLIE STENCIL,** ) | |
| **(2) DANIEL THOMAS BROYLES, SR.,** ) | |
| **(3) KRISTIAN F. SIERP,** ) | |
| **(4) LUDMILA O. STENCIL,** ) | |
| **(5) MARTIN DELAINE LEWIS,** a/k/a ) | |
| Louis Michaels, ) | |
| **(6) NICHOLAS FLEMING,** a/k/a Nick Franklin, ) | |
| **(7) MICHAEL ALLEN DUKE,** a/k/a Mike West, ) | |
| **(8) PAULA SACCOMANNO,** ) | |
| and ) | |
| **(9) DENNIS SWERDLEN,** ) | |
| Defendants. ) | |

## ORDER UNSEALING INDICTMENT AND ARREST WARRANTS

Upon motion of the government and for the reasons given, IT IS HEREBY ORDERED that the indictment and arrest warrants in the above-named matter be unsealed.

IT IS SO ORDERED this 24 day of April, 2017.

_____
DAVID S. CAYER
UNITED STATES DISTRICT JUDGE