

**"UNDER SEAL"**
CHARLOTTE, NC

OCT 1 8 2017

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:16-CR-221-MOC |
| | ) | |
| v. | ) | |
| | ) | |
| (1) ROBERT LESLIE STENCIL, | ) | UNDER SEAL |
| (2) DAVID THOMAS BROYLES SR., | ) | **ORDER TO SEAL THE SECOND** |
| (3) KRISTIAN FRANCIS SIERP, | ) | **SUPERSEDING INDICTMENT** |
| (4) LUDMILA O. STENCIL, | ) | |
| (5) MARTIN DELAINE LEWIS, | ) | |
| (6) NICHOLAS FLEMING, | ) | |
| (7) MICHAEL ALLEN DUKE, | ) | |
| (8) PAULA SACCOMANNO, | ) | |
| (9) DENNIS SWERDLEN, and | ) | |
| (10) SCOTT DEARBORN | ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Second Superseding Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Second Superseding Indictment, Motion to Seal and this Order, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 18th day of October 2017.

_____
UNITED STATES MAGISTRATE JUDGE