IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:16-CR-221-MOC-DCK |
| | ) | |
| v. | ) | |
| | ) | |
| (1) ROBERT LESLIE STENCIL, | ) | **ORDER TO UNSEAL DOCUMENTS** |
| (2) DAVID THOMAS BROYLES SR., | ) | **RELATING TO DEFENDANT NO. (10)** |
| (3) KRISTIAN FRANCIS SIERP, | ) | |
| (4) LUDMILA O. STENCIL, | ) | |
| (5) MARTIN DELAINE LEWIS, | ) | |
| (6) NICHOLAS FLEMING, | ) | |
| (7) MICHAEL ALLEN DUKE, | ) | |
| (8) PAULA SACCOMANNO, | ) | |
| (9) DENNIS SWERDLEN, and | ) | |
| (10) SCOTT DEARBORN | | |

**THIS MATTER IS BEFORE THE COURT** on the government's "Motion To Unseal Documents Relating To Defendant No. (10)" (Document No. 162) filed by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, seeking an order directing that all documents or portions of documents filed in the above-captioned action relating to Defendant Number (10), be unsealed because there is no longer a need for those documents to be sealed;

**IT IS HEREBY ORDERED** that all documents or portions of documents filed in the above-captioned action relating to Defendant Number (10) be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: November 7, 2017

_____
David C. Keesler
United States Magistrate Judge