UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00221-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ROBERT LESLIE STENCIL** | ) | |
| **LUDMILA O. STENCIL** | ) | |
| **MARTIN DELAINE LEWIS** | ) | |
| **MICHAEL ALLEN DUKE** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the government's Motion for [Second] Status Conference. So that such conference may be an effective use of time, any motions to sever, motions to continue, or updates on the status or health of any defendant or witness should be filed in advance of such conference date. Having considered the government's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for [Second] Status Conference (#280) is GRANTED, and an in-person and in-court Status Conference is calendared for 2 p.m. on Monday, October 15, 2018. While a

status conference is generally not a substantive proceeding, if any in-custody defendant desires to be present for that conference, counsel should notify the Clerk of Court so that arrangements can be made with the United States Marshal.

Signed: September 26, 2018

Max O. Cogburn Jr.
United States District Judge