UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00221-MOC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Vs. ) | ORDER OF CONTINUANCE |
| ) | |
| **ROBERT LESLIE STENCIL,** ) | |
| **LUDMILA O. STENCIL,** ) | |
| **MARTIN DELAINE LEWIS,** ) | |
| **MICHAEL ALLEN DUKE**, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on defendants' Motion to Continue. Having considered defendants' motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Continue (oral) is **GRANTED,** this matter is continued to the January 2019 criminal trial term, and the Court finds the delay caused by such continuance shall be excluded in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant such a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Further, the ends of justice served by granting such continuance outweigh the best interests of the public and the defendants' interests in a speedy trial. Specifically, defendants and counsel have shown a need to delay trial due to the complex nature of the case and the health issues of Mr. Stencil and Lewis.

1

This matter is continued to the January 2019 term, and the time is excluded. The time for filing pretrial motions is further **ENLARGED** by 60 days from entry of this Order.

Signed: October 22, 2018

Max O. Cogburn Jr
United States District Judge