UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-CR-00221-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ROBERT LESLIE STENCIL** | ) | |
| **LUDMILA O. STENCIL** | ) | |
| **MICHAEL ALLEN DUKE,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that, having found that the attorney-client privilege has been waived, Randolph M. Fletcher, Esq., produce a copy of all files relating to his representation of Niyato Industries, Inc. and General American LNG to the following parties by January 15, 2019 at 6:00 p.m.:

    Christopher Fenton, Esq.
    William H. Bowne, Esq.
    c/o Inspector Mark Heath
    USPIS
    2300 Yorkmont Road
    Suite 200
    Charlotte, NC 28217

    Erin Kimberly Taylor, Esq.
    JP Davis, Esq.
    Federal Public Defender Western District of North Carolina
    129 West Trade St.
    Suite 300
    Charlotte, NC 28202

    Jeremy Smith, Esq.
    Smith Horton Law
    128 N. McDowell Street

Charlotte, NC 28204

C. Melissa Owen, Esq.
Tin, Fulton, Walker & Owen
301 East Park Avenue
Charlotte, NC 28203

Signed: January 14, 2019

Max O. Cogburn Jr
United States District Judge