# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE Division

UNITED STATES OF AMERICA

    V.

Ludmila O. Stencil

JUDGMENT OF ACQUITTAL

CASE NUMBER: 3:16-cr-00221-MOC-DCK

       The Defendant was found not guilty on all counts in the second superseding indictment submitted to the jury, 1s,2s-6s,8s-15s,16s-21s,23s-29s,30s-31s,33s-34s.  There are no charges remaining.  IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated.

Signed: January 31, 2019

Max O. Cogburn Jr
United States District Judge